## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| HUNTLEY & ASSOCIATES, L.L.C. ) | |
| ) | |
| Plaintiff ) | C.A. No. ___0 7 - 8 6___ |
| ) | |
| v. ) | |
| ) | |
| MONTEREY MUSHROOMS INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant ) | |
| ) | |

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Huntley & Associates, L.L.C. ("Plaintiff"), for its Complaint against
Monterey Mushrooms Inc. ("Defendant"), alleges as follows:

### THE PARTIES

1.    Plaintiff, Huntley & Associates, L.L.C. is a limited liability company
organized and existing under the laws of the State of Delaware having its principal
place of business at 1105 North Market Street, Wilmington, Delaware, 19801.

2.    On information and belief, Defendant Monterey Mushrooms Inc. is a
California corporation having a principal place of business at 260 Westgate Dr.,
Watsonville, California 95076-2452.

### JURISDICTION AND VENUE

3.    This is an action for patent infringement arising under the patent laws of
the United States, Title 35, United States Code § 1, *et seq,* including 35 U.S.C. § 271
and 281.

4.    This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.    Venue is proper in the District of Delaware pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400 (b). Personal jurisdiction over Defendant comports with the United States Constitution and 10 Del. C. § 3104 of the Delaware Code because, upon information and belief, Defendant is a resident of the State of California and Defendant has committed and continues to commit, and has induced and continues to induce others to commit, and has contributed to and continues to contribute to acts of patent infringement is this Judicial District as alleged in this Complaint.

## NATURE OF THE ACTION

6.    Plaintiff is the owner of an equitable interest in and to Martin et al., United States Patent No. 6,500,476 ("the'476 patent"), entitled "Preservation Compositions and Process for Mushrooms," which was duly and lawfully issued by the United States Patent and Trademark office ("PTO") on December 31, 2002. A copy of the '476 patent is attached hereto as Exhibit A.

7.    Plaintiff's equitable interest was recorded in the United States Patent and Trademark Office on December 16, 2002 at Reel 013586, Frame 0948. A copy of the Notice of Equitable Claim is attached hereto as Exhibit B.

8.    On information and belief, Defendant has infringed and still is infringing, contributing to, and / or actively inducing infringement of the '476 patent in the United States by practicing the claimed method and selling the resulting products in this judicial district and elsewhere in a manner that has infringed and continues to infringe at least claim 1 of the '476 patent. By virtue of Defendant's infringement, Plaintiff is entitled to damages and injunctive relief.

## COUNT I – PATENT INFRINGEMENT

9.    Plaintiff repeats and realleges the allegations of paragraph 1-8 as though fully set forth herein.

10.     On information and belief, Defendant has infringed and continues to infringe at least claim 1 of the '476 patent. Defendant infringes the '476 patent by (a) its processing of mushrooms in California and elsewhere and the sale of the processed mushrooms in this Judicial District; and (b) contributing to and/or inducing infringement of at least claim 1 of the '476 patent by others.

11.     On information and belief, Defendant's infringement of the '476 patent has been and continues to be deliberate, willful, and with full knowledge and awareness of the '476 patent.

12.     Defendant's acts have caused, and unless restrained and enjoined will continue to cause, irreparable injury and damages to Plaintiff for which Plaintiff has no adequate remedy at law.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1.     That this Court enter an order pursuant to 35 U.S.C. § 271, finding that the Defendant has infringed at least claim 1 of the '476 patent;

2.     That Defendant, its officers, directors, agents, employees, successors and assigns and any persons acting in privity or in concert with it be permanently enjoined and restrained from preserving mushrooms by the process defined by Claim 1 of the '476 patent, or using, selling, offering for sale or importing any product resulting from Defendant's use of the process of at least claim 1 of the '476 patent, or from otherwise infringing, inducing and/or contributing to infringement of at least claim 1 of the '476 patent;

3.     That pursuant to 35 U.S.C. § 284, Plaintiff be awarded damages adequate to compensate Plaintiff for infringement of at least claim 1 of the '476

patent, but in no event less than a reasonable royalty, together with prejudgment interest;

4.      That pursuant to 35 U.S.C. § 284, Plaintiff be awarded increased damages in the amount of three times the amount found or assessed for the deliberate and willful nature of Defendant's infringing activities;

5.      That pursuant to 35 U.S.C. § 284, Plaintiff be awarded its costs, disbursements and attorneys' fees in preparing for and pursuing this action;

6.      That Plaintiff be awarded all such other and further relief as the Court deems equitable, just and proper.

HUNTLEY & ASSOCIATES, L.L.C.

By: _____

Donald W. Huntley    (#2096)
1105 North Market Street
P.O. Box 948
Wilmington, DE  19801
302-426-0610

Pro se

Date: February 16, 2007

L:\CLIENTS\EPL Technologies, Inc.\Monterey\Complt.

Ex. A

US006500476B1

(12) **United States Patent**
    **Martin et al.**

(10) **Patent No.:** **US 6,500,476 B1**
(45) **Date of Patent:** **Dec. 31, 2002**

(54) **PRESERVATION COMPOSITIONS AND PROCESS FOR MUSHROOMS**

(75) Inventors: **Stefan T. Martin**, Flourtown, PA (US);
    **Howard S. Kravitz**, Wayne, PA (US);
    **William R. Romig**, Morrestown, NJ
    (US)

(73) Assignee: **EPL Technologies, Inc.**, Philadelphia,
    PA (US)

( * ) Notice:    Subject to any disclaimer, the term of this
        patent is extended or adjusted under 35
        U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/896,865**

(22) Filed:      **Jun. 29, 2001**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/819,887, filed on
    Mar. 28, 2001.

(51) **Int. Cl.⁷** ............................................... **A23B 7/153**
(52) **U.S. Cl.** ...................... **426/262**; 426/271; 426/310;
        426/335; 426/615
(58) **Field of Search** ................................ 426/615, 262,
        426/541, 335, 532, 648, 102, 89, 321, 326,
        329, 302, 271

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,066,795 A  *  1/1978  Dave ........................... 426/259

| | | | | |
|---|---|---|---|---|
| 4,557,937 A | * | 12/1985 | Bournier | 426/241 |
| 5,919,507 A | * | 7/1999 | Beelman et al. | 426/268 |
| 5,925,395 A | * | 7/1999 | Chen | 426/302 |
| 6,039,992 A | * | 3/2000 | Compadre et al. | 426/332 |
| 6,139,890 A | * | 10/2000 | Simpukas | 426/268 |
| 6,287,617 B1 | * | 9/2001 | Bender et al. | 426/335 |

* cited by examiner

*Primary Examiner*—Carolyn Paden
(74) *Attorney, Agent, or Firm*—Huntley & Associates

(57)                **ABSTRACT**

Preservative compositions using GRAS (generally recognized as safe) ingredients are incorporated into a commercially viable three-stage preservation process for mushrooms. The process includes contacting the mushrooms with a high pH solution for microbial reduction; a neutralizing step to return the pH of the mushrooms to their about physiological pH; and an anti-browning step that incorporates suitable antioxidants and ancillary compounds to maintain the color of the finished product. Specifically disclosed is a method for preserving fresh mushrooms comprising the steps of exposing the mushrooms to a aqueous antimicrobial solution with a pH of 10.5–11.5; treating the mushrooms with a pH neutralizing buffer consisting of an organic acid and a salt of an organic acid and then subjecting the mushrooms to a combination of an anti-browning agent, a source of calcium and a chelating agent.

**32 Claims, 2 Drawing Sheets**



FIG. 2

US 6,500,476 B1

**3**

Specifically, the instant invention provides a method for preserving mushrooms comprising the steps of contacting the mushrooms with an antimicrobial solution having a pH from about 10.5 to about 11.5; rinsing the mushrooms at least once with at least one aqueous pH neutralizing solution comprising organic acid and at least one salt of an organic acid substantially free from erythorbic acid and sodium erythorbate; and contacting the mushrooms at least once with at least one solution comprising a browning inhibitor and a chelating agent.

The invention further provides a three stage process that includes calcium and EDTA to minimize enzymatic browning in the third stage.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1 and 2 are graphical representations of test results realized using the three-stage process of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

The present invention is based on the discovery that a three stage preservation method for mushrooms provides improved efficiency and efficacy in cleaning and preserving mushrooms on a commercial scale.

The present invention uses a high pH solution as an anti-microbial treatment for fresh whole or sliced mushrooms. This significantly reduces the microbial load and reduces bacterial decay of the mushroom tissue and subsequent browning. However, the mushroom cap tissue is susceptible to damage by exposure to the high pH solution. Therefore, the present process includes a rapid neutralization following the high pH wash. The rapid neutralization minimizes tissue damage. The rapid neutralization is important to the quality of the finished product and the exposure time should be carefully controlled.

The present invention also includes an antibrowning step to deal with enzymatic browning. The antibrowning step incorporates a solution comprising antioxidant or browning inhibitor, and preferably calcium to maintain cellular tissue and to enhance browning inhibition. EDTA is also preferably used to further increase browning inhibition. By separating the neutralization step and the anti-browning step, the process is made cost effective due to the reduced depletion of the relatively expensive anti-browning solution. Thus, the present invention consists of three distinctly functional stages: a microbial stage, a neutralization stage and an anti-browning stage.

The first step of the instant process involves contacting the mushrooms with an anti-microbial buffer solution having a pH of from about 10.5 to about 11.5. A wide variety of compounds can be used in this solution to attain the desired pH, including, for example, sodium bicarbonate, sodium carbonate and sodium hydroxide. The buffering compounds can be used alone or in combination. Of these buffering compounds, the combination of sodium bicarbonate and sodium carbonate is preferred. About from 0.3 to 0.5% by weight sodium bicarbonate and about from 0.05 to 0.10% by weight of sodium bicarbonate has been found to be particularly satisfactory. In general, the initial contacting with the anti-microbial buffer solution is carried out for about from 20 to 40 seconds at ambient temperatures of about 25° C. Somewhat elevated temperatures can provide greater antimicrobial action, which permits lower dwell times in this solution.

The mushrooms are thereafter contacted with at least once with at least one aqueous pH neutralizing buffer solution comprising organic acid and at least one salt of an organic acid and substantially free from erythorbic acid and sodium

**4**

erythorbate. This can be accomplished by applying the buffer solution by any convenient means, including, for example, by dipping, spraying and cascading. In general, this neutralizing solution has a pH of about from 3.0 to 5.0. The acids and bases used for the preparation of the salts are preferably weak acids and salts of organic acids which can be used in the instant process include citric acid and sodium citrate, respectively. For example, a 0.1 N solution of citric acid, having a pH of about 3.5, can be used effectively. The combination of citric acid and sodium citrate is preferred, but other acids, salts, and combinations will be readily apparent to those skilled in the art. For example, other organic acids which can be used include malic, acetic, phosphoric, and lactic acids.

The rinsing step is carried out to reduce the pH of the mushrooms to substantially their natural pH. In this context, the rinsing is carried out with the aqueous buffer solution at a pH of about from 3.0 to 5.0. The contacting time will vary, for example, with the pH of the mushrooms after the anti-microbial solution treatment and the volume of rinsing solution, but is typically about from 10 to 30 seconds.

The third step of the process of the instant invention is treating the mushrooms at least once with at least one solution comprising a browning inhibitor and a chelating agent. A wide variety of browning inhibitors known in the art can be used, which retard the effect of tyrosinase. These are typically reducing agents, of which sodium erythorbate, erythorbic acid, ascorbic acid and calcium ascorbate are representative, and which are preferred. A similarly broad range of known chelating agents can be used, which have a high affinity for copper. These can include, for example, polyphosphates such as sodium hexametaphosphate, and others currently approved for use on fruits and vegetables, and categorized by the Food and Drug Administration as Generally Recognized As Safe (GRAS). Calcium disodium EDTA has been found to be particularly satisfactory, and is accordingly preferred.

The pH of individual solutions can be monitored for the purpose of maintaining the optimum pH and the concentration of sodium erythorbate monitored to maximize the inhibition of enzymatic browning of the mushrooms. In a preferred embodiment of the instant process, the solution used in the third treating step further comprises calcium chloride. The pH of individual solutions is monitored for the purpose of maintaining the optimum pH and the concentration of sodium erythorbate monitored to maximize the inhibition of enzymatic browning of the mushrooms.

Advantages of the present process over other multiple stage processes include the use of higher pH solutions in the first stage, resulting in improved microbial kill, a rapid neutralization step that minimizes tissue damage, less carry over and a reduction in the rate of depletion of the expensive anti-browning chemicals, better dirt removal, less solution uptake (high solution uptake causes the appearance of light grey discloration, commonly referred to as "window paning"), reduced tank charging costs, reduced ingredient depletion and less foam in the final tank.

The instant process preferably comprises incorporating, into at least one treating step, at least one antifoaming composition. A wide variety of known defoaming or anti-foaming compositions or surfactants can be used, of which silicon emulsions have been found to be particularly satisfactory, and are accordingly preferred. For maximum effectiveness, this component is preferably added to the first or second stages of the instant process. The specific quantity will depend on the surfactant selected and the volume of the treating baths, as can be readily determined by those skilled in the art.

The procedure can be and preferably is a continuous process whereby the mushrooms are introduced into a first

US 6,500,476 B1

7

8

TABLE 1

| | Single-Stage Process | Two-Stage Process | Three Stage Process |
|---|---|---|---|
| Tank 1 | Water Sodium Metabisulfite Ambient temperature | Water Sodium bicarbonate pH 9.5–11.0 30–60 sec 10–25 C. | Water Sodium bicarbonate Sodium carbonate Sodium hydroxide surfactant pH 10.5–11.5 25 C. 30 sec |
| Tank 2 | None | Water Erythorbic acid Sodium erythorbate Calcium disodium EDTA Anhydrous Calcium Chloride pH 4.8 60–120 sec exposure | Water Citric acid Sodium citrate pH 3.0–5.0 15 sec Surfactant |
| Tank 3 | None | None | Water Sodium erythorbate Calcium disodium EDTA Anhydrous calcium chloride Surfactant pH 7.5 35 sec dwell time |

### EXAMPLE 1

Reducing uptake of solution and minimizing depletion of the preservative solution in tank 3.

Treatment solutions were prepared with deionized water. Stage 1 was maintained at 25° C. for multiple stage wash procedures while the sulfite control was at ambient temperature. The objective was to identify a process that would meet the economic targets of the processor and yield results (quality and shelf life) as good or better than the two-stage process reported by Beelman and Duncan. The mushrooms were held at 10° C. Three-stage processes (treatments 5,7, 9) yielded results as good as or better then the best 2-stage process with regard to overall quality and shelf life. Treatment 7 was the best with regard to appearance due in part to the reduced exposure time and less uptake of solution.

TABLE II

| Treat-ment | Description | Color of Stored Mushroom (L* values) | | |
|---|---|---|---|---|
| | | Day 0 | Day 3 | Day 6 |
| 1 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 3% erythorbic acid/ sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (60 sec) | 94.14 | 94.24 | 94.03 |
| 2 | Sodium bicarbonate buffer at pH | 94.54 | 93.45 | 90.06 |

TABLE II-continued

| Treat-ment | Description | Color of Stored Mushroom (L* values) | | |
|---|---|---|---|---|
| | | Day 0 | Day 3 | Day 6 |
| | 10.5 (30 sec); 0.05M citrate buffer @ pH 3.4 (15 sec); 1.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | | | |
| 3 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer @ pH 4.6 (15 sec); 1.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 92.97 | 89.84 | 83.05 |
| 4 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05 citrate buffer at pH 3.4 (15 sec); 1.5% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 94.53 | 94.22 | 91.66 |
| 5 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 4.6 (15 sec); 1.5% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 94.12 | 93.38 | 93.45 |
| 6 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 3.4 (15 sec); 2.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 94.56 | 91.45 | 89.78 |
| 7 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 4.6 (15 sec); 2.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 94.31 | 94.76 | 93.82 |
| 8 | Same as treatment 5 but with EDTA in the second (citrate) wash instead of in the third (erythorbate) wash. | 92.71 | 93.34 | 88.93 |
| 9 | Same as treatment 5. but with the citrate and sodium erythorbate washes at 30 sec each instead of 15 see for a total exposure time of 90 sec. | 93.42 | 93.28 | 93.96 |
| 10 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 3.4 (15 sec); 3.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 93.98 | 93.40 | 92.90 |

### EXAMPLE 1, CONTINUED

Effect of washing on quality parameters of mushrooms. Day 6. (1=best, 5=worst)

| Treatment | Description | Cap Color | Stem Color | Aroma | Maturity | Microbial |
|---|---|---|---|---|---|---|
| 1 Control | Sodium bicarbonate buffer at pH 10.5 (30 sec); 3% erythorbic acid/sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (60 sec) | 1 | 1 | | 3 | |

US 6,500,476 B1

**11**

-continued

| Treat- | | Storage Color (L* values) | | |
|---|---|---|---|---|
| ment | Description | Day 0 | Day 3 | Day 6 |
| | retention time of 30 sec in sodium erythorbate solution, instead of 15 sec | | | |
| 8 | Same as treatment 7, but with a 5 sec water rinse at the end | 91.14 | 92.23 | 90.75 |

### EXAMPLE 3

Three-stage treatment illustrating equal or superior performance with reduced exposure times and reduced concentration of erythorbate resulting in an acceptable processing cost. Three-stage treatments 2, 3, 5 and 6 all outperformed the two-stage process over the duration of the shelf life period as illustrated by the higher L* value readings. The advantage of the 3-stage process is at day 6 when the retail consumer typically sees the product.

| | Treatment and Description | Day 0 | Day 3 | Day 6 |
|---|---|---|---|---|
| 1 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 3% erythorbic acid/sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (60 sec) (standard 2-stage process) | 94.31 | 93.82 | 91.83 |
| 2 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05 citrate buffer at pH 3.4 (15 sec); 1.0% erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 93.67 | 92.31 | 92.72 |
| 3 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 4.6 (15 sec); 1.0% erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 94.13 | 93.30 | 92.93 |
| 4 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 3.4 (15 sec); 1.5% erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 93.43 | 93.95 | 90.93 |
| 5 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 4.6 (15 sec); 1.5% erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 93.79 | 93.18 | 93.26 |
| 6 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 3.4 (15 sec); 2.0% erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 94.36 | 93.20 | 93.49 |
| 7 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 4.6 (15 sec); 2.0% erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 93.12 | 92.70 | 90.86 |
| 8 | Same as 4 but with EDTA in second (citrate) tank instead of the third (erythorbate) tank. | 93.12 | 92.40 | 92.14 |

### EXAMPLE 4

Comparison of the Beelman-Duncan process and the present three-stage process using mushrooms grown under conventional production protocols and washed using a commercial processing line.

First-flush mushrooms were treated with several variations of the three-stage process as well as the standard two-stage process of Beelman and Duncan. The control was

**12**

commercially produced sulfite-washed mushrooms. Tank 1 was 0.424% sodium carbonate, 0.084% sodium bicarbonate buffer (0.05M), pH=10.5, temperature 25° C.; tank 2 was 0.49% citric acid, 0.72% sodium citrate buffer, pH 4.5, temperature 14° C.; tank 3 was 3.0% sodium erythorbate (monohydrate), 1000 ppm calcium disodium EDTA, 1000 ppm calcium chloride (dihydrate), pH 7.2–7.4. After washing, the mushrooms were placed in cold storage prior to vacuum cooling. Mushrooms were vacuum cooled for 18 min to an internal temperature of 2–3° C. Mushrooms were packaged in commercial 10-LB ventilated corrugated containers. Mushrooms treated with the various three-stage treatments retained shelf life quality as well as those treated with the commercial sulfite solution. There were no major differences across the different three-stage treatments and the mushrooms exhibited an additional 2–3 days of salable quality. The three-stage treatments were superior to the standard two-stage process. Overall ranking scale (1=best) was used to compare the processes.

The fact that the 3-stage process worked as well with regard to appearance as the commercial sulfite wash (banned by FDA) and provided additional shelf life indicated that this process performs adequately for commercial use. Results are especially significant in that the starting raw material was first-flush mushrooms, which are generally of lower quality than second flush mushrooms.

Evaluation of mushrooms processed and stored under commercial conditions for 3 days at 2–4° C. The plant manager performed evaluations. An overall ranking scale (1=best) was used to compare the processes.

| Treatment | Cap Color | Stem End Color | Overall Salability | Comments | Overall Ranking |
|---|---|---|---|---|---|
| 3-stage # 1 30s/15s/15s | Better than sulfite control | Equal to or better than sulfite control | Salable | Good throughout | 1 |
| 3-stage # 2 30s/30s/15s | Some blotch starting, but no different from sulfite control | Equal to sulfite control | Salable | Some dimpling and blotch | 4 |
| 3-stage # 3 30s/15s/30 | A little better than sulfite control | Equal to sulfite control | Salable | | 2 |
| 3-stage # 4 30s/30s/30s | A little better than sulfite control | Not as good as sulfite control | Salable | | 3 |
| 3-stage # 5 30s/30s/30s with rinse | Caps dirty, equal to control | Equal to sulfite control | Salable | | 4 |
| 2-stage # 6 | More blotch than sulfite control, not as good | Equal to sulfite control | Marginal | A lot of blotch | 5 |
| Sulfite Control | Acceptable | Accept-able | Salable | | 4 |

### EXAMPLE 5

First and second flush, calcium chloride-irrigated mushrooms were washed in the standard 3-stage process, a modified 2-stage process in which the second and third steps were combined and a bucket test to evaluate the significance of the mechanical damage. Mushrooms washed in the bucket test of the 3-stage process were rated "excellent" and almost as good as sulfite-washed mushrooms. Those washed with the standard 3-stage process were rated "good" by day 2 and were still acceptable to marginal by day 6, but were

US 6,500,476 B1

**15**

Unwashed Controls—were brown overall (rated 3)

Pallet 3 (mediums, first break, harvested day before washing, low quality prior to washing)

Sliced—good quality (rated 7 on a scale of 1 to 10)

Whole—decent quality (rated 6 on a scale of 1 to 10)

Unwashed controls—somewhat brown overall (rated 4)

Pallet 4 (medium size, first break, picked day of wash, decent quality prior to washing)

Sliced—very good quality (rated 8)

Whole—good quality—browning where there was mechanical damage (rated 7)

Unwashed controls—a little brown overall (rated 5)

Pallet 5 (buttons, picked day of wash, low quality prior to washing)

Whole—marginal quality (rated 5)

Pallet 6 (mediums, first break, picked day of washing, good quality prior to washing)

Sliced—marginal—unacceptable quality, a lot of graying (rated 4

Whole—decent quality (rated 6)

## EXAMPLE 8

### Effect of Three-stage Process on Depletion of Active Ingredients

The largest cost factor in the two-stage process is erythorbate, added as sodium erythorbate and erythorbic acid. The largest cost factor in the three-stage process is sodium erythorbate. The concentration of erythorbate must be maintained between approximately 2 and 3% in order to effectively preserve the appearance of the washed mushrooms. Therefore, the depletion and maintenance of erythorbate is a critical component in both efficacy and the economics of both wash processes.

Mushrooms were washed in separate commercial trials of the two-stage and three-stage processes. The changes in concentration of erythorbate were monitored in tank 2 of the two-stage process and tank 3 of the three stage process. Maintenance of erythorbate was calculated based on measured erythorbate concentration and tank volume.

The conditions for the two-stage process were as follows: Stage one tank conditions were 400 gallons at 0.43% sodium bicarbonate, 0.18% sodium hydroxide, pH 10.4, 24.2° C., 23 sec dwell time. Stage two tank conditions were 550 gallons at 2.4% sodium erythorbate, 0.6% erythorbic acid, 0.1% calcium chloride, 0.1% EDTA, pH 4.7, 15.8° C., 60 sec dwell time.

The conditions for the three-stage process were as follows: Stage one tank conditions were 400 gallons at 0.43% sodium carbonate, 0.084% sodium bicarbonate, pH 10.4, 21.7° C., 30 sec dwell time. Stage two tank conditions were 550 gallons at 0.49% citric acid, 0.72% sodium citrate, pH 4.5, 18° C., 35 sec dwell time. Stage three tank conditions were 190 gallons at 3% sodium erythorbate, 0.1 % calcium chloride, 0.1 % EDTA, 15 sec dwell time.

The depletion of erythorbate is two to three times greater for the two-stage process compared to the three-stage process. Approximately three times the weight of mushrooms can be processed per LB of sodium erythorbate using the three-stage process compared to the two-stage process.

**16**

| Two-Stage Process | | |
| --- | --- | --- |
| Mushrooms Processed (lbs) | Measured Tank 2 (550 gal) Erythorbate Concentration (%) | Weight erythorbate added (sodium erythorbate plus erythorbic acid) (lbs) |
| 100 | 3.0 | 137.6 initial |
| 1700 | 2.7 | |
| 3000 | 2.5 | |
| 5000 | 2.2 | |
| 7000 | 1.9 | |

Calculation of erythorbate used: $137.6 - ((137.6) (1.9/3.0)) = 50.5$ lbs.
Calculation of erythorbate used per lb mushroom processed: 50.5 lbs/7000 lbs = 0.0072 lbs erythorbate per lb mushroom processed.
LBS of mushrooms/LB of sodium erythorbate: $7,000/50.5 = 138.6$

| Three-Stage Process | | |
| --- | --- | --- |
| Mushrooms Processed (lbs) | Measured Tank 3 (190 gal) Erythorbate Concentration (%) | Weight sodium erythorbate added (lbs) (to keep concentration > 2%) |
| 0 | 2.9 | 47.5 initial |
| 1329 | 2.7 | |
| 2450 | 2.6 | |
| 3244 | 2.3 | |
| 3939 | 2.1 | |
| 5246 | 3.1 | 13.1 |
| 6593 | 2.9 | |
| 7801 | 2.5 | |
| 9048 | 2.4 | |
| 10309 | 2.3 | |
| 11498 | 2.0 | |

Calculation of erythorbate used: $60.6 - ((47.5)(2.0/2.9)) = 28.4$
Calculation of erythorbate used per lb mushroom processed: 28.4 lbs/11498 lbs = 0.0025 lbs erythorbate per lb mushroom processed.
LBS of mushrooms processed per LB of sodium erythorbate: $11498/28.4 = 404.9$ LBS.

## EXAMPLE 9

### Two-Stage vs. Three-Stage Process: Effect on Cost of Charging Commercial Scale Mushroom Wash Line

The costs of filling commercial sized tanks for the two-stage process were compared to the three stage process. Costs are represented as indexed costs with the cost of calcium disodium EDTA arbitrarily set at 100. Cost of the other individual ingredients is relative to EDTA.

The conditions for the two-stage process were as follows: Stage one tank conditions were 400 gallons at 0.43% sodium bicarbonate, 0. 18% sodium hydroxide, pH 10.4, 24.2° C., 23 sec dwell time. Stage two tank conditions were 550 gallons at 2.4% sodium erythorbate, 0.6% erythorbic acid, 0.1% calcium chloride, 0. 1% EDTA, pH 4.7, 15.8° C., 60 sec dwell time.

The conditions for the three-stage process were as follows: Stage one tank conditions were 400 gallons at 0.43% sodium carbonate, 0.084% sodium bicarbonate. pH 10.4, 21.7° C., 30 sec dwell time. Stage two tank conditions were 550 gallons at 0.49% citric acid, 0.72% sodium citrate, pH 4.5, 18° C., 35 sec dwell time. Stage three tank conditions were 190 gallons at 3% sodium erythorbate, 0.1% calcium chloride, 0. 1% EDTA, 15 sec dwell time.

The addition of a third treatment tank, and separation of the neutralization and browning inhibitor treatments as

US 6,500,476 B1

19

**3**. A method of claim **2** wherein the anti-microbial solution comprises from about 0.3% to about 0.5% by weight sodium carbonate and from about 0.05% to about 0.10% by weight sodium bicarbonate.

**4**. A method of claim **3** wherein the contacting with an anti-microbial solution is carried out for from about 20 to about 40 seconds at about 25° C.

**5**. A method of claim **1** wherein the browning inhibitor is selected from the group consisting of sodium erythorbate, erythorbic acid, ascorbic acid, calcium ascorbate and L-cysteine.

**6**. A method of claim **1** wherein the organic acid and salt of an organic acid comprise citric acid and sodium citrate, respectively.

**7**. A method of claim **6** wherein the rinsing step is carried out with a pH of about from 3.0 to 5.0 for about from 10 to 30 seconds.

**8**. A method of claim **7** wherein the browning inhibitor and chelating agent comprise sodium erythorbate and calcium disodium EDTA, respectively.

**9**. A method of claim **8** wherein the solution used in the anti-browning treating step further comprises calcium chloride and the contacting is carried out for about 20 to about 40 seconds.

**10**. A method of claim **9** wherein the solution in at least one step further includes an antifoaming or defoaming solution.

**11**. A method of claim **10** wherein the antifoaming solution comprises at least one silicon emulsion defoamer or antifoam.

**12**. A method of claim **6** wherein the solution used in the treating step further comprises calcium chloride.

**13**. A method of claim **12** wherein the solution in at least one treating step further includes an antifoaming or defoaming solution.

**14**. A method of claim **6** wherein the contacting is carried out for about 20 to about 40 seconds.

**15**. A method of claim **14** wherein the antifoaming solution comprises at least one silicon emulsion defoamer or antifoam.

**16**. A method of claim **15** wherein said organic acid comprises about from 0.4% to about 0.6% by weight citric acid and said salt of said organic acid comprises from about 0.6% to about 0.8% by weight sodium citrate with a pH of about from 3.0 to 5.0.

**17**. A method of claim **16** wherein said browning inhibitor is at least one selected from the group consisting of sodium erythorbate, erythorbic acid, ascorbic acid, calcium ascorbate and L-cysteine hydrochloride.

**18**. A method of claim **15** wherein the anti-browning step solution has a pH from about 6.5 to about 7.5.

**19**. A method of claim **18** wherein the antifoaming solution comprises at least one silicon emulsion defoamer or antifoam.

**20**. A method of claim **19** wherein the anti-microbial solution comprises from about 0.3% to about 0.5% by weight sodium carbonate and from about 0.05% to about 0.10% by weight sodium bicarbonate.

20

**21**. A method of claim **20** wherein the solution in at least one contacting step further includes an antifoaming or defoaming solution.

**22**. A method of claim **15** wherein the anti-microbial solution comprises at least one of sodium bicarbonate, sodium carbonate and sodium hydroxide.

**23**. A method of claim **22** wherein the contacting with an anti-microbial is carried out for about from 20 to about 40 seconds at a temperature of about 25° C.

**24**. A method of claim **23** wherein the antifoaming solution comprises at least one silicon emulsion defoamer or antifoam.

**25**. A method of claim **24** wherein the browning inhibitor and chelating agent comprise sodium erythorbate and calcium disodium EDTA, respectively, with a pH from about 6.8 to about 7.5.

**26**. A method of claim **25** wherein the antifoaming solution comprises at least one silicon emulsion defoamer or antifoam.

**27**. A method for preserving mushrooms comprising the steps of:

contacting the mushrooms with an anti-microbial solution having a pH from about 10.5 to about 11.5;

rinsing the mushrooms at least once with at least one aqueous pH neutralizing buffer solution comprising citric acid and sodium citrate and substantially free from erythorbic acid and sodium erythorbate; and

treating the mushrooms at least once with at least one solution comprising a browning inhibitor and a chelating agent.

**28**. A method of claim **27** wherein said rinsing is carried out with a pH of about from 4.0 to 4.5 for about from 10 to 20 seconds.

**29**. A method of claim **28** wherein said chelating agent comprises calcium disodium EDTA.

**30**. A method of claim **29** wherein the solution in at least one step further includes an antifoaming or defoaming solution.

**31**. A method for preserving mushrooms comprising the steps of:

contacting the mushrooms with an anti-microbial solution comprising sodium bicarbonate, sodium carbonate and sodium hydroxide, the solution having a pH from about 10.5 to about 11.5;

rinsing the mushrooms at least once with at least one aqueous pH neutralizing buffer solution of at least one organic acid and at least one salt of an organic acid and substantially free from erythorbic acid and sodium erythorbate; and

treating the mushrooms at least once with at least one solution comprising a browning inhibitor and a chelating agent with a pH from about 6.5 to about 7.5 and a divalent cation.

**32**. A method of claim **31** wherein the solution in at least one step further includes an antifoaming or defoaming solution.

*   *   *   *   *

Ex. B



UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE

APRIL 22, 2003

PTAS

DONALD W. HUNTLEY
PO BOX 948
1105 N. MARKET STREET
WILMINGTON, DE 19899-0948

Under Secretary of Commerce For Intellectual Property and
Director of the United States Patent and Trademark Office
Washington, DC 20231
www.uspto.gov


*102317130A*

## UNITED STATES PATENT AND TRADEMARK OFFICE
## NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 12/16/2002

REEL/FRAME: 013586/0948
NUMBER OF PAGES: 4

BRIEF: NOTICE OF EQUITABLE CLAIM

ASSIGNOR:
  EPL TECHNOLOGIES, INC.

DOC DATE: 12/09/2002

ASSIGNEE:
  HUNTLEY & ASSOCIATES
  1105 N. MARKET ST, P.O. BOX 948
  WILMINGTON, DELAWARE 19899-0948

SERIAL NUMBER: 09896865
PATENT NUMBER: 6500476

FILING DATE: 06/29/2001
ISSUE DATE: 12/31/2002

JEEVON JONES, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS


RECEIVED
APR 26 2003
HUNTLEY & ASSOCIATES, L.L.C.

*12/16/02*

*12-20-2002*

FORM PTO 1595

(REV.6-93)

OMB No. 0651-0011 (exp.4/94)

RECO

102317130

U.S. DEPARTMENT OF COMMERCE

**Patent and Trademark Office**

To the Honorable Commissioner of patents &c. ... record the attached original documents or copy thereof.

| | |
|---|---|
| 1. Name of conveying party(ies): EPL Technologies, Inc.<br><br>Additional name(s) of conveying party(ies) attached? ___Yes _X_ No | 2. Name and address of receiving party (ies)<br><br>Name: Huntley & Associates<br><br>Street Address: 1105 N. Market St, P.O. Box 948<br>City: Wilmington State: DE    Zip: 19899-0948<br>Country: USA |
| 3. Nature of conveyance:<br>__ Assignment          __ Merger<br>__ Security Agreement    __ Change of Name<br>_X_ Other _Notice of Equitable Claim_<br>Execution Date: December 9, 2002 | Additional name(s) & address(es) attached ____Yes _X_No |

4. Application number (s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is

A. Patent Application No.(s)                                    B. Patent No.(s)

09/896,865

Additional numbers attached? __Yes _X_ No

Total number of applications and patents involved: 1

| | |
|---|---|
| 5.  Name and address to party whom correspondence concerning document should be mailed:<br><br>Name: Donald W. Huntley<br><br>Street Address: P.O. Box 948<br><br>1105 North Market Street<br><br>City: Wilmington    State: DE ZIP: 19899-0948 | 7. Total fee (37 CFR 3.41)..........$40.00<br><br>_X_ Enclosed<br>____ Authorized to be charged to deposit account<br><br>8.  Deposit account number:<br><br>08-3440<br><br>(Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

9. Statement and signature

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copies a true copy of the original document.*

__DONALD W. HUNTLEY__                                    December 9, 2002

Name of Person Signing           Signature                        Date

Total number of pages including coversheet, attachments, and document: 2

Mail documents to be recorded with required cover sheet information to:

Commissioner of Patents & Trademarks, Box Assignments

Washington, D.C. 20231

12/19/2002 JJALLAH2 00000023 09896865

01 FC:8021          40.00 OP

## NOTICE OF EQUITABLE CLAIM IN PATENT APPLICATION

I, the undersigned Donald W. Huntley, hereby affirm that Huntley & Associates, LLC is the holder of an equitable ownership interest in Martin et al., U.S. Patent Application Serial No. 09/896,865, filed June 29, 2001. This ownership interest flows from unpaid fees for legal services rendered pursuant to an agreement between EPL Technologies, Inc., the assignee of the above patent application, and the undersigned effective September 27, 2000, a copy of which is attached hereto.

Subscribed and sworn to this 9th day of December 2002.

HUNTLEY & ASSOCIATES, LLC

By _____
        Donald W. Huntley

STATE OF DELAWARE          )
                           ) SS:
COUNTY OF NEW CASTLE       )

Subscribed and sworn to before me this 9th day of December 2002

_____
Mark C. Gregory
Notary Public
Delaware Bar ID 3395

L:\clients\EPL Technologies\Notice of Claim.doc

0 7 - 8 6

🅙S 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

HUNTLEY + ASSOCIATES, L.L.C.

### DEFENDANTS

MONTEREY MUSHROOMS INC

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Huntley + Associates, L.L.C.
1105 N. Market St. P.O. Box 948
Wilmington, DE 19899    302-426-0610

Attorneys (If Known)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                     and One Box for Defendant)

|                                           | PTF | DEF |                                                               | PTF | DEF |
|-------------------------------------------|-----|-----|---------------------------------------------------------------|-----|-----|
| Citizen of This State                     | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State     | ☒ 4 | ☐ 4 |
| Citizen of Another State                  | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country   | ☐ 3 | ☐ 3 | Foreign Nation                                                | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|---|--------------------|------------|----------------|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. § 271 and 281
Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE
16 FEB 07

SIGNATURE OF ATTORNEY OF RECORD

7096

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**        Example:        U.S. Civil Statute: <u>47 USC 553</u>
Brief Description: <u>Unauthorized reception of cable service</u>

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO FORM 85 RECEIPT (REV. 9/04)

## United States District Court for the District of Delaware

Civil Action No. $\underline{\quad 0 \ 7 \ - \ 8 \ 6 \quad}$



# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

FEB 1·6 2007
_____
(Date forms issued)

_____
(Signature of Party or their Representative)

_____
Christin Heide
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action