IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUNTLEY & ASSOCIATES, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONTEREY MUSHROOMS INC., )<br>)<br>Defendant. )<br>) | C.A. No. 07-086 (GMS) |

**STIPULATION TO EXTEND TIME**

WHEREAS a response to the Complaint is due on May 14, 2007 and defendant has requested an extension of thirty (30) days to answer, move or otherwise plead in response to the Complaint to allow defendant the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations; and

WHEREAS plaintiff does not oppose this request;

IT IS HEREBY STIPULATED by counsel for the parties, subject to the approval of the Court, that the time for defendant to answer, move or otherwise plead in response to the Complaint is extended thirty (30) days to and including June 13, 2007.

HUNTLEY & ASSOCIATES, L.L.C.

/s/ *Donald W. Huntley*
_____
Donald W. Huntley (#2096)
1105 North Market Street
P.O. Box 948
Wilmington, DE 19801
302.426.0610
huntley@monopolize.com
*Pro Se Attorneys for Plaintiff*
*Huntley & Associates, L.L.C.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.658.9200
tgrimm@mnat.com
*Attorneys for Defendant*
*Monterey Mushrooms Inc.*

May 11, 2007

- 2 -

SO ORDERED this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

824373