IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUNTLEY & ASSOCIATES, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-086 (GMS) |
| | ) | |
| MONTEREY MUSHROOMS INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Thomas C. Grimm, Esquire, and Benjamin J. Schladweiler, Esquire, of Morris, Nichols, Arsht & Tunnell LLP to represent defendant Monterey Mushrooms, Inc. in the above-referenced matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200
tgrimm@mnat.com
bschladweiler@mnat.com
*Attorneys for Defendant*
*Monterey Mushrooms Inc.*

OF COUNSEL:

Ricardo Rodriguez
Reuben Chen
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
650.843.5000

May 14, 2007
825340

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Donald W. Huntley
HUNTLEY & ASSOCIATES

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

825340