IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUNTLEY & ASSOCIATES, L.L.C., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 07-086 (GMS) |
| MONTEREY MUSHROOMS, INC., | ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT MONTEREY MUSHROOMS' RULE 12(b)(1) MOTION TO DISMISS WITH PREJUDICE FOR LACK OF STANDING AND SUBJECT MATTER JURISDICTION

Defendant Monterey Mushrooms, Inc. respectfully moves this Court to dismiss with prejudice Plaintiff Huntley & Associates, L.L.C.'s Complaint for Patent Infringement, pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of standing and subject matter jurisdiction. The grounds for this motion are fully set forth in Defendant Monterey Mushrooms' Opening Brief in Support of Its Rule 12(b)(1) Motion to Dismiss With Prejudice for Lack of Standing and Subject Matter Jurisdiction, filed contemporaneously herewith.

WHEREFORE, Defendant Monterey Mushrooms, Inc. respectfully requests this Court to grant its motion and to enter an order in the form attached hereto.

2.

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Thomas C. Grimm*

                                            Thomas C. Grimm (#1098)
                                            Benjamin J. Schladweiler (#4601)
                                            1201 N. Market Street
                                            P.O. Box 1347
                                            Wilmington, DE  19899-1347
                                            302.658.9200
                                            tgrimm@mnat.com
                                            bschladweiler@mnat.com
                                            *Attorneys for Defendant*
                                            *Monterey Mushrooms Inc.*

OF COUNSEL:

Ricardo Rodriguez
Reuben H. Chen
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
650.843.5000

Dated:  June 13, 2007
860818

3.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUNTLEY & ASSOCIATES, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONTEREY MUSHROOMS, INC., )<br>)<br>Defendant. )<br>_____ ) | C.A. No. 07-086 (GMS) |

### [PROPOSED] ORDER

The Court having considered Defendant Monterey Mushrooms' Rule 12(b)(1) Motion to Dismiss With Prejudice for Lack of Standing and Subject Matter Jurisdiction, and the parties' arguments in support of and opposition to the motion,

IT IS HEREBY ORDERED that Defendant Monterey Mushrooms' Rule 12(b)(1) Motion to Dismiss With Prejudice for Lack of Standing and Subject Matter Jurisdiction is GRANTED.

Dated: _____                    _____
                                          United States District Judge

4.

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Donald W. Huntley
> HUNTLEY & ASSOCIATES

I also certify that on June 13, 2007, true and correct copies of the foregoing were caused to be served upon the following individuals in the manner indicated:

**BY HAND**

> Donald W. Huntley
> HUNTLEY & ASSOCIATES
> 1105 North Market Street
> Wilmington, DE 19899-0948

/s/ *Benjamin J. Schladweiler*

Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com

860818

4.