IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUNTLEY & ASSOCIATES, L.L.C. ) | |
| ) | |
| Plaintiff ) | |
| ) | C.A. No. 07-086 (GMS) |
| v. ) | |
| ) | |
| MONTEREY MUSHROOMS INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant ) | |

**MOTION OF WITHDRAWAL OF COMPLAINT**

Plaintiff, Huntley & Associates, L.L.C. ("Plaintiff"), hereby withdraws the Complaint in the above action filed on February 16, 2007. No Answer to the Complaint has been filed.

                                                          HUNTLEY & ASSOCIATES, L.L.C.

                                                          By:   /S/ Donald W. Huntley

                                                          Donald W. Huntley   (#2096)
                                                          1220 N. Market St.
                                                          P.O. Box 948
                                                          Wilmington, DE  19899-0948
                                                          302-426-0610

                                                          Pro se

Date: July 31, 2007

L:\CLIENTS\EPL Technologies, Inc.\Monterey\Motion to Notice of Withdrawl

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

      Thomas C. Grimm, Esquire (#1098)
      Benjamin J. Schladweiler (#4601)
      Morris, Nichols, Arsht & Tunnell LLP

      /S/ Donald W. Huntley

      Donald W. Huntley (#2096)
      1220 N. Market St.
      P.O. Box 948
      Wilmington, DE 19899-0948
      302-426-0610